IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

JERMAINE M. ELY, SR.,                    )
                                         )
              Plaintiff,                 )
                                         )
vs.                                      )          CIV. A. NO. 17-0267-MJ-MU
                                         )
EASTERN PACIFIC                          )
SHIPPING PTE., LTD., *et al*.,           )
                                         )
              Defendants.                )

## **ORDER**

On February 12, 2018, Defendant Eastern Pacific Shipping PTE., Ltd.,
filed a Motion to Dismiss, or in the Alternative, Motion for More Definite
Statement. (Doc. 9). Plaintiff is **ORDERED** to file a brief in response to
Defendant's motion on or before **February 26, 2018**. Defendant's reply brief, if
any, must be filed on or before **March 5, 2018**, when the Court will take the
motion under submission. At that point, no further briefs or submissions related
to the issues raised in the motion may be filed without leave of court.

As previously advised, this action has been assigned to the undersigned
Magistrate Judge for all purposes. (Doc. 2). Unless a Request for Reassignment
to a United States District Judge is sent by email to Edwina_Crawford@
alsd.uscourts.gov,[1] prior to **March 5, 2018**, the undersigned will accept the
parties' actions as implied consent and treat this as a consent case pursuant to
28 U.S.C. § 636(c). *See Roell v. Withrow*, 538 U.S. 580, 590 (2003) ("We think

---

[1] Do not electronically file this document.

the better rule is to accept implied consent where, as here, the litigant or counsel was made aware of the need for consent and the right to refuse it, and still voluntarily appeared to try the case before the Magistrate Judge."); *Chambless v. Louisiana-Pacific Corp.*, 481 F.3d 1345, 1350-51 (11th Cir. 2007) (finding that an extended period "of continual participation in pretrial proceedings justifies the inference of consent from a litigant aware of the need to consent").

The Clerk is **DIRECTED** to send to each party a Request for Reassignment to a United States District Judge form and, *for informational purposes only*, a copy of the Court's form Consent to the Exercise of Jurisdiction by a United States Magistrate Judge.

**DONE** and **ORDERED** this the **15th** day of **February, 2018**.

s/P. BRADLEY MURRAY
**UNITED STATES MAGISTRATE JUDGE**