THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| JERMAINE M. ELY, SR., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | CASE NO: **1:17-cv-00267** |
| | § | |
| EASTERN PACIFIC SHIPPING PTE, LTD., | § | |
| and DUNFED SHIPPING, INC., | § | |
| | § | |
| Defendants. | § | |

## **NOTICE OF SERVICE**

Defendant, Eastern Pacific Shipping PTE, Ltd., gives notice that they served today the following upon counsel for Plaintiff Jermaine M. Ely, Sr. by electronic mail and U.S. mail, postage prepaid:

1. Notice of Intent to Serve Subpoenas.

Done this 15th day of June, 2018.

                                               */s/ Paul T. Beckmann*
                                               DOUGLAS W. FINK (FINKD3798)
                                               PAUL T. BECKMANN (BECKP0493)
                                               Attorneys for Defendant Eastern Pacific Shipping
                                               PTE., Ltd.

OF COUNSEL:
HAND ARENDALL HARRISON SALE LLC
Post Office Box 123
Mobile, Alabama 36601
Tel:    251-432-5511
Fax:   251-694-6375
Email: dfink@handarendall.com
           pbeckmann@handarendall.com

## **CERTIFICATE OF SERVICE**

  I hereby certify that I have on this day, June 15, 2018, served a copy of the foregoing pleading on the following listed counsel of record by mailing the same by United States Mail, properly addressed and first-class postage prepaid, and by electronic mail.

Francis Edward Leon, Jr., Esq.
Frank Leon, PC
2500 Dauphin Street
Mobile, Alabama 36606

R. Todd Elias, Esq.
Jeff R. Seely, Esq.
Gordon, Elias & Seely, L.L.P.
1811 Bering Drive, Suite 300
Houston, Texas 77057

              */s/ Paul T. Beckmann*
              PAUL T. BECKMANN